Lisa M. Conner/CSBN 167903
*lisac@fdw-law.com*
Melody C. Chang/CSBN 251572
*melodyc@fdw-law.com*
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Tel: (562) 435-2626 ▪ Fax: (562) 437-7555

Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BABER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD. a corporation for profit,<br><br>　　　　Defendants. | Case No: 2:21-cv-01387 DMG (KSx)<br><br>**NOTICE OF SETTLEMENT** |

### TO THE COURT:

Pursuant to Local Rule 16-15.7, Plaintiff, TERESA BABER, and Defendant, PRINCESS CRUISE LINES, LTD., by and through their respective counsel, hereby submit this Notice of Settlement.

/ / /

/ / /

The parties anticipate having the Medicare lien resolved and all settlement documents executed within 60-90 days and will file a Joint Stipulation for Dismissal within the next 90 days.

Date: August 3, 2021          LIPCON, MARGULIES, ALSINA
            & WINKLEMAN, P.A.


            By: s/ Daniel Grammes
             Carol L. Finklehoffe
             Andrew Freedman
             Daniel Grammes
             Attorneys for Plaintiff
             TERESA BABER

Date: August 3, 2021          FLYNN, DELICH & WISE LLP


            By: s/ Melody C. Chang
             Lisa M. Conner
             Melody C. Chang
             Attorneys for Defendant,
             PRINCESS CRUISE LINES, LTD.


## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

            By: s/ Melody C. Chang
             Melody C. Chang
             Attorneys for Defendant,
             PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626