Lisa M. Conner/CSBN 167903
*lisac@fdw-law.com*
Melody C. Chang/CSBN 251572
*melodyc@fdw-law.com*
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Tel: (562) 435-2626 ▪ Fax: (562) 437-7555

Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BABER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD. a corporation for profit,<br><br>　　　　Defendants. | Case No: 2:21-cv-01387 DMG (KSx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

/ / /

/ / /

Plaintiff TERESA BABER ("Plaintiff") and Defendant PRINCESS CRUISE LINES, LTD. ("Defendant"), by and through their respective attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action is hereby dismissed with prejudice and without costs to any party. The undersigned represent all the parties that have appeared in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this dismissal with prejudice shall be effective without further order of the Court.

Dated:  September 24, 2021          LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

By: _____
    Carole Finklehoffe
    Daniel Grammes
    Attorneys for Plaintiff
    TERESA BABER

Date:  September 24, 2021           FLYNN, DELICH & WISE LLP

By: s/ Lisa M. Conner
    Lisa M. Conner
    Melody C. Chang
    Attorneys for Defendant,
    PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

- 2 –                        2:21-cv-01387 DMG (KSx)

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: s/ Lisa M. Conner
Lisa M. Conner
Melody C. Chang
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626